

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00969-CV

Stephanie **LOY**,
Appellant

v.

**CITY OF ALICE, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-08-57524-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Appellant's unopposed motion for an extension of time to file the reply brief is granted. We order the reply brief due May 10, 2019.

It is so ORDERED on May 3, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court